UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
: 
OFF WHITE LLC, :
: **ORDER**
Plaintiff, :
-against- : 21 Civ. 9610 (AKH)
:
AMY COTTAGE STORES et al., :
:
Defendants. :
:
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

The above-captioned matter was filed under seal on November 19, 2021. Because Plaintiff has accomplished service of process, the prior order sealing the case (ECF No. 1) is hereby vacated. The parties shall appear for a show cause hearing on December 16, 2021, at 4:30 p.m., which will be held via the following call-in number:

**Call-in number: 888-363-4749**

**Access code: 7518680**

To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

Finally, no later than December 14, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated: December 10, 2021
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge

1